**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
Denise E. Carter, State Bar No. 249774
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email:  decker@luch.com
Email:  carter@luch.com

JS-6

Counsel for Plaintiffs, Trustees of the Southern
California Pipe Trades Health and Welfare Trust Fund, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KLASSEN PLUMBING COMPANY, INC., a California corporation, AMBER KLASSEN, an individual and RICHARD KLASSEN, an individual,<br><br>        Defendants. | Case No.: CV 08-03430 RGK (PLAx)<br><br>ASSIGNED TO THE HONORABLE JUDGE R. GARY KLAUSNER<br><br>**JUDGMENT** |

1

200511.1

Upon application by plaintiffs herein for a default judgment pursuant to Fed. R. Civ. Proc. 55(b), and it appearing to the Court that the default of Klassen Plumbing Company, Inc., a California corporation, Amber Klassen, an individual and Richard Klassen, an individual, was entered on July 7, 2008, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprenticeship and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund (collectively the "Trustees"), shall recover from defendant Klassen Plumbing Company, Inc., a California corporation ("Klassen") the principal amount of $11,646.41, consisting of attorneys' fees in the amount of $10,225.00, and costs of suit in the amount of $1,421.41, together with post-judgment interest as provided by law.

Additionally, pursuant to 29 U.S.C. § 1132(g)(2)(E), Klassen is  ordered to produce the following documents for inspection and copying by the Trustees within thirty (30) days after the personal service of this Judgment:

1.      All employee time cards, time sheets, payroll records and compensation records maintained in the course of business of Klassen Plumbing Company, Inc. for the time period from February 25, 2004, through June 30, 2008.

2.      All copies of Employer's Quarterly Federal Tax Returns (Form 941) maintained in the course of business of Klassen Plumbing Company, Inc. for the time period from February 25, 2004, through June 30, 3008.

JUDGMENT

200511.1

3.      All copies of all Federal Form W-2 Statements to Employees maintained in the course of business of Klassen Plumbing Company, Inc. for the time period from February 25, 2004, through June 30, 2008.

4.      All copies of all Federal Form W-3 Reconciliation of Income Tax Withheld and Transmittal of W-2 Forms maintained in the course of business of Klassen Plumbing Company, Inc. for the time period from February 25, 2004, through June 30, 2008.

5.      All copies of all Federal Form 1099 Miscellaneous Income Statements and Federal Form 1096 Reconciliation and Transmittal of 1099 Forms maintained in the course of business of Klassen Plumbing Company, Inc. for the time period from February 25, 2004, through June 30, 2008.

6.      All copies of all Employer's Quarterly State of California Tax Returns (DE-3) maintained in the course of business of Klassen Plumbing Company, Inc. for the time period from February 25, 2004, through June 30, 2008.

7.      All cash disbursement journals and check registers maintained in the course of business of Klassen Plumbing Company, Inc. relating to the time period from February 25, 2004, through June 30, 2008.

8.      All daily job logs, diaries or foreman reports maintained in the course of business of Klassen Plumbing Company, Inc. relating to the time period from February 25, 2004, through June 30, 2008.

9.      All invoices for materials, labor or services provided to Klassen Plumbing Company, Inc. relating to the time period from February 25, 2004, through June 30, 2008.

10.     All canceled checks drawn on any account of Klassen Plumbing Company, Inc., and all monthly bank statements of Klassen Plumbing Company, Inc., relating to the time period from February 25, 2004, through June 30, 2008.

11.     All written agreements between Klassen Plumbing Company, Inc. and any labor union covering the time period February 25, 2004, through June 30, 2008.

200511.1

12.     All correspondence between Klassen Plumbing Company, Inc. and any Trustee, representative, agent or employee of any of the Trusts relating to the time period from February 25, 2004, through June 30, 2008.

13.     All correspondence between Klassen Plumbing Company, Inc. and any representative, agent or employee of the Southern California Pipe Trades District Council No. 16 of the United Association, or of any local union of the United Association of Plumbers and Pipefitters, relating to the time period from February 25, 2004, through June 30, 2008.

14.     All notes or memoranda of communications between any Trustee, representative, agent or employee of the Trusts relating to the time period from February 25, 2004, through June 30, 2008.

15.     All notes or memoranda of communications between any representative, agent or employee of the Southern California Pipe Trades District Council No. 16 of the United Association, or of any local union of the United Association of Plumbers and Pipefitters, and Klassen Plumbing Company, Inc. relating to the time period from February 25, 2004, through the date of production.

16.     All monthly fringe benefit reports to any trust fund other than the Trusts for reporting hours and fringe benefits on employees of Klassen Plumbing Company, Inc. during the period of February 25, 2004, through June 30, 2008.

17.     All employee hour summaries prepared by or on behalf of any employees working for Klassen Plumbing Company, Inc. during the period of February 25, 2004, through June 30, 2008.

18.     All daily job tickets, billings and invoices of Klassen Plumbing Company, Inc. relating to the time period from February 25, 2004, through June 30, 2008.

19.     All documents submitted by Klassen Plumbing Company, Inc. to any general contractor or public contracting agency, including but not limited to all certified payrolls for public works projects, which documents show the name, type of

4

work, number of hours of work and specific jobsite location with regard to each employee of Klassen who performed work during the time period from February 25, 2004, through June 30, 2008.

20.     All bids, proposals, offers and estimates prepared by or on behalf of Klassen Plumbing Company, Inc. during the period of February 25, 2004, through June 30, 2008.

21.     All subcontracts entered into between Klassen Plumbing Company, Inc. and any third-party during the time period from February 25, 2004, through June 30, 2008.

22.     All job or project lists or charts prepared or used by Klassen Plumbing Company, Inc. for the time period from February 25, 2004, through June 30, 2008.

23.     Copies of any and all lists of equipment owned, operated or leased by Klassen Plumbing Company, Inc. for the time period from February 25, 2004, through June 30, 2008.

///

///

1        24.    All minutes of meetings of shareholders and directors of Klassen

2    Plumbing Company, Inc., for the time period from February 25, 2004, through June

3    30, 2008.

4

5    DATED: May 17, 2010          _____

                                        UNITED STATES DISTRICT JUDGE

6

7    Respectfully Submitted By:
    LAQUER, URBAN, CLIFFORD & HODGE LLP

8

9    By: /s/ - Denise E. Carter
      Denise E. Carter

10         Counsel for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

200511.1                                                        JUDGMENT